FILED
RICHARD W. NAGEL
CLERK OF COURT

2/25/25

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT BILLINS,<br><br>Defendant. | CASE NO. 3:25-cr-17<br><br>JUDGE Thomas M. Rose<br><br>BILL OF INFORMATION<br><br>18 U.S.C. § 113(a)(5) |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1: Assault with the Special Aircraft Jurisdiction of the United States**</u>
**[18 U.S.C. § 113(a)(5)]**

On or about June 27, 2024, while within the special aircraft jurisdiction of the Untied States, the Defendant, **BRETT BILLINS** assaulted Adult Female 1 by deliberately engaging in physical contact with her in a patently offensive manner, without justification or excuse.

All in violation of Title 18, United States Code, Section 113(a)(5) and Title 49, United States Code, Section 46506.

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

s/ Christina Mahy
**CHRISTINA MAHY (0092671)**
**Assistant United States Attorney**